

# UNITED STATES DISTRICT COURT
## Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | Case Number: *11-5027-LSS* |
| Plaintiff | } | REPORT COMMENCING CRIMINAL ACTION |
| - vs. - | } | *97627-004* |
| William DOR | } | USMS Number |
| Defendant | } | |

*********************************************************************************

TO:   Clerk's Office   (Key West)

NOTE: Circle the appropriate location for appearance in U.S. Magistrate's Court above.

*********************************************************************************

All items are to be completed. Information not applicable or are unknown will be indicated "N/A"

(1) Date and Time of Arrest:   11-03-2011   11:30   AM / PM   AM
(2) Language Spoken:   *Eng*
(3) Offense(s) Charged:   *Immigration Document Fraud*

(4) U.S. Citizen:   [ ] YES   [X] NO   [ ] UNKNOWN
(5) Date of Birth:   1982
(6) Type of Charging Document:   (Check One)
   [ ] INDICTMENT   [X] COMPLAINT to be Filed / Already Filed
   Case Number:   KW13MW12KW0004
   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant
   Originating District:   *Southern District of Florida*
   COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ] YES   [ ] NO
   Amount of Bond:   $
   Who Set Bond?:
(7) Remarks:
(8) Date:
(9) Arresting Officer:   Jeffrey Muller
(10) Agency:   Homeland Security Investigations
(11) Telephone Number:   (305)797-1247
(12) Comments:

Revised: 08/08/2004   (GRO)