## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT:   WILLIAM DOR (J)   *Not present*   CASE NO:   11-5027-SNOW
NO. 97627-004

AUSA:   ALLYSON FRITZ   *Michael Berger*   ATTY:   AFPD STEWART ABRAMS

AGENT:   HOMELAND SECURITY   VIOL:   18 USC 1546(a)

PROCEEDING:   PRELIM/ARRAIGNMENT   RECOMMENDED BOND:

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @:   $100,000 CSB w/Nebbia   To be cosigned by:

☐   Do not go by any marina or on any boat     *D waived Prelim/Arr*

☐   .     *D waived appearance*

☐   Surrender within 24 hours and / or do not obtain passports / travel documents.

☐   Rpt to PTS as directed / or _____ x's a week/month by     *Information to be*
     phone; _____ x's a week/month in person.     *filed w/i next 2*
                                                       *weeks*

☐   Maintain and/or seek full-time employment

☐

☐

☐     *AUSA is to contact*
     *Judge Snow's Chambers*

☐   Curfew: _____     *when Information is*
                                         *filed*

☐   .

☐   Travel extended to: _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |

DATE:   12-12-11   TIME:   2:00 p.m.   DAR:   *14:13:50 –*
                                              *14:18:16*